UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-61504-CIV-SEITZ/O'SULLIVAN

BRYAN ROAD INVESTMENTS, LLC. and
MORS PROPERTIES, LLC,

      Plaintiffs,

v.

FEDERAL DEPOSIT INSURANCE CORP.,

      Defendant.
_____/

## ORDER DENYING MOTION TO WITHDRAW AND GRANTING MOTION TO STAY

THIS MATTER is before the Court on the Defendant's Motion to Withdraw and for Continuance of All Deadlines [DE-21], in which defense counsel seeks to withdraw and requests that this matter be stayed for twenty days in order for Defendant to obtain new counsel. Plaintiff does not object to the motion to withdraw but objects to any lengthy stay. Upon consideration, it is hereby

ORDERED that Defendant's Motion to Withdraw and for Continuance of All Deadlines [DE-21] is DENIED in part and GRANTED in part:

a) Defense counsel's Motion to Withdraw is DENIED. By **July 19, 2010**, Defendant shall obtain new counsel and have the new counsel file a notice of appearance and a substitution of counsel. Once the substitution of counsel has been filed, present defense counsel will no longer be in the case.

b) The Motion for Continuance is GRANTED. This case is stayed until **July 19, 2010.**

c) The parties shall file their Joint Scheduling Report by **July 30, 2010.**

DONE AND ORDERED in Miami, Florida, this 28th day of June, 2010.

                                              PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:     All counsel of record